JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:22-cv-00488-FLA (JDEx) | Date | April 5, 2022 |
|---|---|---|---|
| Title | OptumRx, Inc. v. Carroll Apothecary LTC | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Freeman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER CONSOLIDATING ACTION WITH RELATED ACTIONS**

On March 29, 2022, Petitioner OptumRx, Inc. ("Petitioner" or "OptumRx") filed the Petition to Compel Arbitration ("Petition"), requesting the court order Respondent Carroll Apothecary LTC ("Respondent") to submit to arbitration its dispute with OptumRx regarding the amount of reimbursements provided for prescription drugs. Dkt. 1 ("Pet.") ¶ 1. Petitioner brings this action under the Federal Arbitration Act ("FAA"), 9 U.S.C. § 4. *Id.*

The subject action is one of two-hundred fifty (250) petitions to compel arbitration OptumRx filed between March 29, 2022 and March 31, 2022 against independent pharmacy Respondents, arguing Respondents had agreed to arbitrate all disputes pursuant to the arbitration provision contained in the current 2022 version of OptumRx's Provider Manual and the arbitration clauses of OptumRx's Provider Agreements. Petitioner contends these Respondents' names were included in letters OptumRx received in December 2021, providing written notices of disputes independent pharmacies had with OptumRx's "practices and procedures" regarding reimbursements.

Pursuant to Fed. R. Civ. P. 42(a)(2)-(3), the court may consolidate actions if they involve a common question of law or fact, and may issue "other orders to avoid unnecessary cost or delay." Trial courts may consolidate actions sua sponte. *In re Adams Apple*, 829 F.2d 1484, 1487 (9th Cir. 1987). Based on the similarity of the Petition to the other petitions OptumRx has filed recently and the relief requested, the court finds these actions all involve common questions of law and fact. The court, therefore, CONSOLIDATES these actions with *OptumRx Inc. v. A & S Drugs LLC*, Case No. 8:22-cv-00468-FLA (JDEx) to be the lead case. All future filings concerning the Petition and this action shall be in *OptumRx Inc. v. A & S Drugs LLC*, Case No. 8:22-cv-00468-FLA (JDEx) until further notice from the court, and all pending dates and deadlines in this action are vacated. The Clerk shall administratively close Case No. 8:22-cv-00488-FLA (AGRx).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:22-cv-00488-FLA (JDEx) | Date | April 5, 2022 |
| Title | OptumRx, Inc. v. Carroll Apothecary LTC | | |

 The court ORDERS Petitioner to meet and confer with Respondent in this action regarding the efficient litigation of the action to avoid unnecessary or duplicative filings. The court further ORDERS the parties to file a joint statement detailing their meet and confer efforts, including a proposed briefing schedule and order for the court's consideration, one (1) week prior to the filing of OptumRx's memorandum in support of the Petition or any motion. Failure to submit this statement and proposed order will result in the striking of the memorandum or motion without further notice.

 IT IS SO ORDERED.

                                 :

Initials of Preparer tf